# EXHIBIT A



# CHIROPRACTIC CARE

**PERSONAL INJURY**

- IMPAIRMENT RATINGS
- REHABILITATION
- HYDROTHERAPY
- ADJUSTMENT
- TRACTION
- ULTRASOUND
- PHYSIOTHERAPY

**ADVANCED REFERRAL NETWORK**

- MEDICAL CONSULTATION
- DIAGNOSTIC IMAGING
- X-RAY • MRI • CT
- EMG / NCV / VNG
- PAIN MANAGEMENT
- ORTHOPEDIC SURGEON
- EPIDURAL STEROID INJECTION

**J&T CHIROPRACTIC PLLC**

## SPECIALTIES

- Auto & Work Accidents
- Industrial Injuries
- Longshoreman
- 18-Wheeler
- Maritime

**CONTACT OUR INTAKE SPECIALIST TODAY**

**713-269-0952**

**J&T SPINE AND WELLNESS**
3301 Plainview St, Ste 1
Pasadena, TX 77504
☎ 832 740 4341
🖨 832 740 4378
JTSW@JandTchiropractic.com

**J&T SPINE AND REHAB**
415 W Parker Rd
Houston, TX 77091
☎ 281 888 3222
🖨 346 293 8108
JTSR@JandTchiropractic.com

**J&T - SHARPSTOWN**
7710 Beechnut St, Ste 220
Houston, TX 77074
☎ 713 269 0952
🖨 832 740 4378
INTAKE@JandTchiropractic.com

**J&T - HEIGHTS**
5225 Katy Fwy, Ste 105
Houston, TX 77094
☎ 713 269 0952
🖨 832 740 4378
INTAKE@JandTchiropractic.com

**J&T - KATY**
17758 Katy Fwy, Ste 3
Houston, TX 77094
☎ 713 269 0952
🖨 832 740 4378
INTAKE@JandTchiropractic.com

**J&T - CONROE**
204 N 1st St
Conroe, TX 77301
☎ 713 269 0952
🖨 832 740 4378
INTAKE@JandTchiropractic.com

**Jon Bittick, D.C.**
Owner/Doctor of Chiropractic
Direct Line: 713-823-5492
JON@JandTChiropractic.com

SE HABLA ESPAÑOL    Chúng tôi nói tiếng Việt    **WE ACCEPT LOP's & INSURANCE**

J&T_000004