IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **J&T CHIROPRACTIC, PLLC**, a/k/a **J&T CHIROPRACTIC, LLC**, <br><br> *Plaintiff*, <br><br> v. <br><br> **T&C CHIROPRACTIC, LLC**, f/k/a **T&C CHIROPRACTIC, PLLC**, and **THY NGOC NGUYEN**, <br><br> *Defendants*. | § § § § § § § § § § § § § | **CAUSE NO. 4:22-CV-03285** |

## **ORDER**

Pending before the Court is the Motion to Dismiss under Rule 12(b)(6) or for More Definite Statement under Rule 12(e) filed by Defendants T&C Chiropractic, LLC f/k/a T&C Chiropractic, PLLC, and Thy Ngoc Nguyen. Upon consideration of the Motion, any arguments in support or opposition, the pleadings on file, and applicable law, it is HEREBY

**ORDERED** that the Motion is **DENIED** in its entirety.

DATED this _____ day of _____, 20__.

_____
Hon. Andrew S. Hanen,
U.S. District Court Judge