IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **J&T CHIROPRACTIC, PLLC**, a/k/a **J&T CHIROPRACTIC, LLC**, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CAUSE NO. 4:22-CV-03285 |
| **T&C CHIROPRACTIC, LLC**, f/k/a **T&C CHIROPRACTIC, PLLC**, and **THY NGOC NGUYEN**, | § § § § § | |
| *Defendants.* | § | |

## SCHEDULING ORDER

1. Trial: Estimated time to try: **3 days. Bench.**

2. New parties must be joined by: **January 31, 2023**
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: **February 17, 2023**

4. The defendant's experts must be named with a report furnished by: **March 20, 2023**

5. Discovery must be completed by: **May 31, 2023**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by: **June 16, 2023**
   Responses due by: **21 days thereafter**

7. Non-Dispositive Motions will be filed by: **September 15, 2023**

   ****************** The Court will provide these dates. ******************

8. Joint pretrial order is due: **February 23, 2024**
   *The plaintiff is responsible for filing the pretrial order on time.*

9. Final Pretrial Conference is set for **1:30 PM** on: **March 25, 2024**

10.  Trial is set for **9:00 AM** on: **April 8, 2024**
     *The case will remain on standby until tried.*

DATED this __23rd__ day of November, 2022.

_____
Andrew S. Hanen
United States District Judge

**AGREED AS TO FORM AND CONTENT:**

_____              __November 21, 2022__
**Counsel for Plaintiffs**                                          Date


*/s/ James Bowen* (w/p)                                          __November 21, 2022__
**Counsel for Defendant**                                      Date

2