**UNITED STATES DISTRICT COURT**      ☆      **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| J&T CHIROPRACTIC, PLLC a/k/a | § | |
| J&T CHIROPRACTIC, LLC | § | |
| | § | |
| *versus* | § | Civil Action 4:22-CV-03285 |
| | § | |
| T&C CHIROPRACTIC, LLC f/k/a | § | |
| T&C CHIROPRACTIC, PLLC, and | § | |
| THY NGOC NGUYEN | § | |

### NOTICE

Per the Court's Minute Order of March 1, 2023,

1.  The contact information for Nhu "Jenny" Tran has been obtained and forwarded to Plaintiff.

2.  As reported to Plaintiff in Defendants' First Amended Responses and Objections to Plaintiff's First Request for Production, Defendants have not been able to locate any additional "soft copy" of the document Bates numbered J&T_000005.

Dated March 17, 2023.

Respectfully submitted,

James W. Bowen
Attorney-in-Charge for Defendants T&C
CHIROPRACTIC, LLC f/k/a T&C CHIRO-
PRACTIC, PLLC and THY NGOC NGUYEN
Southern District ID No. 17017
Texas Bar No. 00787113
700 Milam, Suite 1300
Houston, Texas 77002
(713) 353-8760
Fax No. (713) 353-4601
jbowen@jbowenlaw.net

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served upon the counsel of record listed below by email on the 17th day of March, 2022.

Shannon A. Lang
shannon.lang@shannonlanglaw.com
Attorney-in-Charge for Plaintiff J&T CHIROPRACTIC,
PLLC a/k/a J&T CHIROPRACTIC, LLC
Lang & Associates, PLLC
1903 Vermont Street
Houston, Texas 77019

Jessica Hughes
Jessica.hughes@shannonlanglaw.com
Counsel
Lang & Associates, PLLC
1903 Vermont Street
Houston, Texas 77019

James W. Bowen